## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

KEVIN & ROBBIE POLLARD
        Plaintiff

V.

CIVIL ACTION

NO.   12-11781-GAO

BALANCED HEALTHCARE RECEIVABLES, LLC; and
DOES 1-10, inclusive
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE, D.J.

    The Court having been advised on   12/6/12   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty(60) days if settlement is not consummated.

                            By the Court,

| | |
|---|---|
| 12/7/12 | /s/  Paul S. Lyness |
| Date | Deputy Clerk |

(Dismissal Settlement.wpd - 12/98)